PS3-114
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **21-1076**

ROBERT CASON, Appellant

VS.

RHUEL A. JOHNSTON

(W.D. Pa. Civ. No. 2:20-cv-04695)

_____ORDER_____

The Clerk of Court is directed to file the amended opinion provided herewith.

Because the amended opinion revises only footnote #4 and does not affect the disposition

of the case, the judgment remains unchanged.


By the Court,


s/ Paul B. Matey
Circuit Judge

Dated:      May 11, 2021
SLC/cc:     Robert Cason